UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>TIMOTHY E. ADAMS,<br><br>      Debtor. | Chapter 13<br>Case No. 21-10473-FJB |
|---|---|

**OBJECTION OF U.S. BANK TRUST TO
CONFIRMATION OF CHAPTER 13 PLAN**

NOW COMES U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust as serviced by SN Servicing Corporation, ("**U.S. Bank Trust**") and objects to confirmation of the Chapter 13 plan of Timothy E. Adams (the "**Debtor**"). In support of its objection to confirmation, U.S. Bank Trust states as follows.

**STATEMENT OF MATERIAL FACTS**

1. On October 24, 2002, the Debtor and Suzanne R. Adams executed a promissory note in favor of Citibank, F.S.B. for a loan in the amount of $80,621.00 (the "**Note**").

2. On October 24, 2002, as security for his obligations under the Note, the Debtor and Suzanne R. Adams granted a mortgage (the "**Mortgage**") on certain real property known as and numbered 749 Berkley Street, Berkley, MA 02779 (the "**Property**").

3. The Note and the Mortgage for the Property have been assigned to U.S. Bank Trust.

1

4. The loan was modified pursuant to a modification agreement (the "**Loan Modification**") dated November 30, 2015 between Timothy E. Adams, Suzanne R. Adams and Seterus, Inc. as servicer for Federal National Mortgage Association.

**Bankruptcy Petition**

5. On April 5, 2021, the Debtor filed a voluntary Chapter 13 petition with this Court, commencing the above-captioned case. Doc. No. 1.

6. U.S. Bank Trust alleges that the Debtor owes pre-petition arrears under the Note and Mortgage totaling $77,586.70 and a total debt as of the petition date in the approximate total amount of $147,702.78. By filing this objection, U.S. Bank Trust hereby sets forth its demand for payment and intent to hold the Debtor liable for the debt.

7. The deadline for non-governmental proofs of claim is June 14, 2021.

8. On April 19, 2021, the Debtor filed a Chapter 13 plan (the "**Plan**"). Doc. No. 12.

9. Pursuant to the Plan, the Debtor proposes to cure an arrearage of $63,803.00 to SN Servicing Corp. and to maintain ongoing mortgage payments. Id.

10. The Plan provides that the total debt owed to SN Servicing Corp. is $126,757.00. Id.

11. The Plan provides for plan payments of $1,259.00 per month for 60 months. Id.

12. The Debtor's Schedules I and J provide that the Debtor ahs a net income of $1,259.00 upon which to make the $1,259.00 plan payment. Doc No. 9.

2

13. The Schedules do not provide for any payment for water/sewer at the Property. Doc. No. 9.

**GROUNDS FOR OBJECTION TO PLAN**

14. U.S. Bank Trust respectfully asks this Court to refuse to confirm the Plan for the following reasons.

15. U.S. Bank Trust objects to the proposed treatment as the Plan fails to adequately provide for the pre-petition arrears owed to U.S. Bank Trust in the approximate amount of $77,586.70.

16. U.S. Bank Trust further objects to the Plan on the grounds that the Plan is not feasible in that the Debtor's net income and the amount of the Plan payment are both exactly $1,259.00, leaving the Debtor no ability to manage any unforeseen changes or expenses over the 60 month plan.

17. The actual pre-petition arrearage owed to SN Servicing Corp. exceeds the amount of arrears stated in the Plan and thus the increased plan payment will render the Debtor with negative net income based on the Schedules filed by the Debtor.

18. Flagstar Bank, asserting a secured second mortgage debt, has also filed a total debt proof of claim in the amount of $260,727.10 and filed an objection to confirmation of plan. Claim 7-1 and Doc No. 25. The Plan does not provide treatment for this secured claim, which will further increase the plan payment and render the Debtor with negative net income based on the Schedules filed by the Debtor.

19. As the Property serves as the Debtor's principal residence, it is unlikely that the Debtor does not incur and water or sewer charges at the Property. Any

adjustment to the Debtor's Schedule J to reflect an expense for water or sewer charges will render the Debtor with negative net income based on the Schedules filed by the Debtor.

WHEREFORE, in light of the foregoing, U.S. Bank Trust respectfully requests that this Court enter an order:

(a) Denying confirmation of the Debtor's Chapter 13 plan; and

(b) Granting U.S. Bank Trust such other and further relief as is just and proper.

Respectfully submitted,

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LODGE SERIES III TRUST AS SERVICED BY SN SERVICING CORPORATION,

By its attorney,

/s/ *Derek A. Castello*
Richard C. Demerle, Esq. (BBO#652242)
Derek A. Castello, Esq. (BBO#690007)
Demerle Hoeger LLP
10 City Square
Boston, MA 02129
(617) 337-4444
DCastello@DHNewEngland.com

DATE: June 4, 2021

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>TIMOTHY E. ADAMS,<br><br>Debtor. | Chapter 13<br>Case No. 21-10473-FJB |
|---|---|

## CERTIFICATE OF SERVICE

I, Derek A. Castello, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 4th day of June 2021 served on behalf of U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust as serviced by SN Servicing Corporation, an <u>Objection to Confirmation of Chapter 13 Plan</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent by electronic mail via the Case Management / Electronic Case Files (ECF) system and by private electronic mail to all parties not appearing electronically but entitled to service per the Federal Rules of Bankruptcy Procedure.

| Timothy E. Adams<br>749 Berkley Street<br>Berkley, MA 02779 (M) | Richard D. Smeloff<br>Smeloff & Associates<br>500 Granite Avenue<br>Suites 7 & 8<br>Milton, MA 02186 (ECF) |
|---|---|
| Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) | John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (ECF) |
| Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS | Marcus Pratt<br>Korde & Associates, P.C.<br>900 Chelmsford Street<br>Suite 3102 |

1

| Oklahoma City, OK 73118 (M) | Lowell, MA 01851 (ECF) |
|---|---|
|  |  |

*/s/ Derek A. Castello*
Derek A. Castello, Esq.

2