

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* TIMOTHY E. ADAMS, Debtor | Ch. 13<br>21-10473-FJB |

### Order

**MATTER:**

#24 Trustee's Objection to Confirmation of Plan (RE: 12 Chapter 13 Plan filed by Debtor Timothy E. Adams).

No response having been filed, the objections to confirmation [#24, #25, #28, and #29] are hereby sustained.

The debtor is directed to file and serve on all creditors and interested parties a further amended plan and motion to approve the same and to file a certificate of such service, all on or before July 23, 2021, failing which this case will be dismissed without further process.

Dated: 6/23/2021

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge